■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP NAKOVICS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered May 9, 1983, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

At trial, the prosecution improperly elicited photographic identification testimony on direct examination. Defense counsel objected but refrained from making a motion for a mistrial. The defendant contends that the failure to move for a mistrial constituted ineffective assistance of counsel. We disagree. A review of the record reveals that the attorney provided meaningful representation *(see, People v Baldi,* 54 NY2d 137, 146-147; *see also, People v Rivera,* 71 NY2d 705, 708-709; *People v Harris,* 109 AD2d 351).

The defendant's further contention that he was deprived of a fair trial as a result of the court's charge is unpreserved for appellate review as a matter of law (CPL 470.15 [2]), and review in the interest of justice is not warranted. Weinstein, J. P., Bracken, Kunzeman and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON NEVAREZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Slavin, J.), rendered October 22, 1986, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Brown, Kunzeman, Weinstein and Kooper, JJ., concur.